UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

SENTENCING MINUTES

DATE: 1/4/19
CASE NO.: 01CR108
UNITED STATES v. Orville Cochran
United States By: Carol Kraft, Laura Kwaterski, Scott Campbell
Probation Officer: Daniel Dragolovich
Interpreter: ☐ Sworn

Dep. Clerk: J. Dreckman
Ct. Reptr.: Rich
Time Called: 1:30pm
Time Concluded: 1:40pm

Deft. Orville Cochran in person, and by Attorney John Campion

**Custody of Bureau of Prisons**
60 months on Count(s) 1
___ months on Count(s) ___
to run concurrently/consecutively
for a total of ___ months
Court's recommendation to Bureau of Prisons: _____

**Supervised Release/~~Probation~~**
1 year(s) on Count(s) 1
___ year(s) on Count(s) ___

CONDITIONS OF SUPERVISION: 1-12, waive testing for drugs

COUNT(S) DISMISSED on motion of Government: other counts

FINE: $_____ on Count(s) _____.
   Terms:
   ☒ Fine waived or reduced due to defendant's inability to pay.
   ☐ Interest on fine waived.
RESTITUTION: $_____ Payee: _____
   Terms:
   ☐ Interest on restitution waived.
SPECIAL ASSESSMENT: $ 100.
   ☒ To be paid immediately.
   ☐ Other:
FORFEITURE:

CUSTODY STATUS:
   ☒ Defendant remanded to custody of U.S. Marshal.
   ☐ Execution of sentence stayed until _____
   ☐ Voluntary surrender to institution.
☒ Defendant advised of right to appeal.
   - waived right to appeal
OTHER:

STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

    Total Offense Level: **29**
    Criminal History Category: **I**
    Imprisonment Range: **87** to **108** months
    Supervised Release Range: **1** to **3** years
    Fine Range: $**30,000** to $**250,000**

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).