# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                    **Case No. 01-CR-108**

**ORVILLE COCHRAN**
    **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that the government file a response to defendant's motion for compassionate release on or before **February 3, 2021**. Defendant may file a reply on or before **February 10, 2021**.

Dated at Milwaukee, Wisconsin, this 20th day of January, 2021.

                                            /s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge